UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Erik Yulian Gonzalez Londono**

      v.                            Case No. 26-cv-49-PB-AJ

**Superintendent, Strafford County**
**Department of Corrections, et al.**

## ORDER

Erik Yulian Gonzalez Londono filed the instant petition for a writ of habeas corpus on January 28, 2026. See Doc. 1. This Court subsequently ordered the government to show cause why it should not grant Gonzalez Londono's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on his apparent membership in the class certified in Guerrero Orellana v. Moniz and his similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 2 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Gonzalez Londono would receive the same result as the petitioner in Destino were that case's reasoning applied here. See Doc. 6. While the government gestures to certain arguments related to that authority—which

it remains free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Gonazlez Londono's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in <u>Destino</u>, the government is hereby ordered to afford Gonzalez Londono a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Gonzalez Londono's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

February 5, 2026

cc:   Counsel of Record