# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Erik Yulian Gonzalez Londono</u>**

    v.                                      Case No. 26-cv-49-PB-AJ

**<u>Strafford County Department of Corrections,</u>**
**<u>Superintendent, et al.</u>**

## <u>ORDER</u>

After the government notified the Court that Erik Yulian Gonzalez Londono received the bond hearing he sought on February 9, 2026, I ordered Gonzalez Londono to show cause within seven days why his petition should not be dismissed. Doc. 10. Gonzalez Londono has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

February 26, 2026

cc:    Counsel of Record